IN THE COURT OF APPEALS
TWELFTH DISTRICT OF TEXAS
TYLER, TEXAS
===========================
No. 12-15-00306-CV
===========================

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 1 6 2015
elkm
TYLER TEXAS
PAM ESTES, CLERK

In re JUAN ENRIQUEZ, Relator

===========================
Original Proceeding from Anderson County, Texas
369th Judicial District, No. 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
Honorable Bascom W. Bentley, III, Presiding
===========================

RELATOR'S MOTION TO PROCEED WITHOUT THE RECORD

TO THE HONORABLE JUDGES OF SAID COURT:

Relator moves the Court to allow him to prosecute his Original Petition without the record, averring as follows:

I.

The Relator does not have the funds to purchase the record, but it would not matter if he did because the Anderson County District Clerk has never replied to any of Relator's requests or efforts to purchase any documents from the clerk.

II.

No litigant before this Court should have to put up with a district clerk who does not do her job to the point that as a matter of routine she violates the rules by not providing prisoner plaintiff's with judgments entered against them.

III.

The record is already before this Court in No. 12-15-00225-CV, Juan Enriquez v. Brad Livingston, and the Court has been requested to take judicial notice of its own records.

WHEREFORE, PREMISES CONSIDERED, Relator prays that his motion be granted and that he be allowed to proceed in this action with the record already before this Court in No. 12-15-00225-CV, supra.

Respectfully submitted,

Juan Enriquez
227122
TDCJ-Michael
2664 FM 2054
Tennessee Colony, TX 75886

Verification

I, Juan Enriquez, declare under penalty of perjury, that the foregoing statements in the above motion are true and correct. Executed on December 8, 2015.

Juan Enriquez

Certificate of Service

I, Juan Enriquez, certify that a correct copy of the above motion was served by placing same in the United States mail, postage prepaid, on December 8, 2015, addressed to Bascom W. Bentley III, Judge, 369th District Court, 500 N. Church Street, Palestine, TX 75801 and Brianna Webb, Assistant Attorney General, P. O. Box 12548, Austin, TX 78711.

Juan Enriquez